UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: )<br>FOREST RIDGE CONDOMINIUM SUB- )<br>ASSOCIATION, )<br>)<br>)<br>)<br>)<br>Debtor(s)                     ) | BK No.:   11-26003<br>(Jointly Administered)<br>Chapter:  11<br>Honorable Jacqueline Cox |

## FINAL DECREE

Upon consideration of the motion (the "Motion") (terms not defined herein shall have the meanings ascribed to them in the Motion) of Ira Bodenstein, not individually, but solely in his capacity as chapter 11 trustee ("Trustee") for Heritage Village Pointe Condominium Association ("Heritage") and Forest Ridge Condominium Sub-Association ("Forest Ridge" and, collectively with Heritage, the "Debtors"), requesting the entry of an order closing the Debtors' jointly administered Cases; due and proper notice of the Motion having been provided; it appearing that there is good cause to grant the relief requested; and, there being no objection to the relief requested; it is therefore ORDERED as follows:

1. The Motion is granted.

2. The case captioned, In re Forest Ridge Condominium Sub-Association, Case No. 11-26003, pending in the Bankruptcy Court of the Northern District of Illinois is hereby closed.

3. Ira Bodenstein, as chapter 11 trustee of Forest Ridge Condominium Sub-Association, is hereby discharged of his trust.

4. Notwithstanding the entry of this Final Decree, this Court hereby retains jurisdiction over all issues related to the Remaining Distributions, including but not limited to jurisdiction over any objections or pleadings that may need to be filed by the Trustee to fully and finally conclude the same.

Enter:   *Jacqueline P. Cox*
J. Cox

Dated:  **OCT 1 6 2013**                              United States Bankruptcy Judge

**Prepared by:**
John Guzzardo
SHAW FISHMAN GLANTZ & TOWBIN LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
Telephone: (312) 541-0151
Facsimile: (312) 980-3888
jguzzardo@shawfishman.com

One of the Trustee's Attorneys